# EXHIBIT 1



**DAVID PRZYGODA**
VICE PRESIDENT, LITIGATION
25 MADISON AVENUE, 24TH FLOOR
NEW YORK, NY 10010-8601
(212) 833-5223 | DAVID.PRZYGODA@SONYMUSICPUB.COM

May 28, 2025

**Via E-mail and UPS**

Lisa Yerrace, Esq.
Designer Brands Inc.
810 DSW Drive
Columbus, Ohio 43219
lisayerrace@dswinc.com

    Re:    Unauthorized Use of Sony Music Publishing Musical Works

Dear Ms. Yerrace:

I write on behalf of Sony Music Publishing (US) LLC and its affiliated music publishing companies (collectively, "SMP") concerning the use of SMP's musical works by Designer Brands Inc. ("DBI").

SMP is the world's number one music publisher, and home to the compositions of some of the world's greatest songwriters including Beyoncé, Lady Gaga, Miley Cyrus, and Olivia Rodrigo (the "SMP Compositions").

It has come to our attention that DBI is unlawfully exploiting SMP Compositions on social media platforms, including Instagram, Pinterest, TikTok, and YouTube, using DBI's social media accounts (the "Accounts"), on those platforms in violation of SMP's rights. Attached as Schedule A is a non-exhaustive list of SMP Compositions being exploited by DBI without authorization (the "Infringed Works").

DBI's unauthorized reproduction, distribution, and other exploitation of SMP Compositions constitutes, *inter alia*, copyright infringement, misappropriation, and unjust enrichment under federal statutory law, state statutory law, and/or state common law. Moreover, the extent of infringement on the Accounts establishes that it was knowing and intentional. This activity carries liability for SMP's actual damages plus any additional profits DBI received from

1

the infringement, or statutory damages as a result of DBI's willful infringement, in addition to attorneys' fees and costs incurred to enforce these rights, pursuant to 17 U.S.C. §§ 504 and 505.

Please contact us immediately to discuss these infringements. SMP considers widespread copyright infringement at this volume to be a very serious matter. To the extent that DBI does not cooperate with the demands below, SMP is prepared to fully enforce its rights.

We ask that DBI promptly provide us with written confirmation that it will comply with the following:

1. Cease and desist from further unauthorized reproduction, distribution or performance of materials that infringe SMP Compositions and ***preserve copies of all videos (including metadata) and accompanying social media posts***;

2. Provide SMP with documentation of licenses, agreements, and/or other authorizations, if any, by or pursuant to which you claim any right to exploit the Infringed Works; and

3. Cooperate with SMP to generate and disclose a full accounting of all unauthorized uses of SMP Compositions by DBI, including all data concerning the use and related benefits and all licensing fees, payments, or commercial arrangements and respective proceeds, in order to identify the full scope of unauthorized copying and the appropriate compensation due for past uses.

Please confirm to us in writing by close of business on June 11, 2025 that you understand SMP's demands and intend to comply with them. We will need to discuss the amount due to SMP to compensate it and its songwriters for the infringing uses described herein. SMP also requests that DBI execute a tolling agreement to preserve the status quo and enable the parties to explore an amicable solution. Enclosed please find a draft for you to review.

The foregoing is not intended as a comprehensive statement of SMP's rights or positions, and nothing herein shall be deemed to be a waiver of any such rights at law or in equity. SMP expressly reserves all equitable and legal rights and remedies, including without limitation, to injunctive relief, enhanced damages, and attorneys' fees, and to take all steps necessary to protect its valuable intellectual property rights.

We appreciate your prompt attention to this matter.

Very truly yours,

David J. Przygoda

cc: Anthony Dreyer, Skadden, Arps, Slate, Meagher & Flom LLP

2

**Schedule A**

| | Artist | Song | Account | URL | SMP Control % |
|---|---|---|---|---|---|
| 1 | 4batz | act ii: date @ 8 | Keds | https://www.tiktok.com/@keds/video/7360805167349943598 | 50.00% |
| 2 | ABBA | Gimme! Gimme! Gimme! (A Man After Midnight) | The Shoe Co | https://www.instagram.com/reel/Cz-GjMFLfNj/ | 25.00% |
| 3 | Akon | Akon's Beautiful Day | DSW | https://www.tiktok.com/@dsw/video/7437521651102715179 | 35.00% |
| 4 | Akon | Akon's Beautiful Day | DSW | https://www.tiktok.com/@dsw/photo/7457565853018574122 | 35.00% |
| 5 | Alex Guesta | My Addiction | The Shoe Co | https://www.instagram.com/reel/Cw6S-0rrFCk/ | 100.00% |
| 6 | Anitta | Envolver | The Shoe Company | https://www.instagram.com/reel/CdqzwSSFP67/ | 50.00% |
| 7 | Ariana Grande | 7 rings | The Shoe Company | https://www.instagram.com/reel/Celoc4HAOfL/ | 3.60% |
| 8 | Ariana Grande | Worst Behavior | Keds | https://www.instagram.com/reel/CpOUalpATrp/ | 16.67% |
| 9 | Armani White | BILLIE EILISH. | DSW | https://www.instagram.com/reel/CkBLSgnkN/ | 32.50% |
| 10 | Ashanti | Foolish | The Shoe Company | https://www.instagram.com/reel/Cj24p2sAKjO/ | 62.50% |
| 11 | Azealia Banks, Lazy Jay | 212 | DSW | https://www.tiktok.com/@dsw/video/7231249220529868075 | 50.00% |
| 12 | bbno$ | it boy | DSW | https://www.tiktok.com/@dsw/video/7404470779259391278 | 40.00% |
| 13 | bbno$ | it boy | DSW | https://www.tiktok.com/@keds/photo/7387105338144607531 | 40.00% |
| 14 | Berlin | Take My Breath Away (Love Theme from "Top Gun") | Keds | https://www.tiktok.com/@keds/video/7405652281162714414 | 25.00% |
| 15 | Beyonce | PURE/HONEY | Keds | https://www.tiktok.com/@keds/video/7160710949685464362 | 30.00% |
| 16 | Beyoncé | AMERICA HAS A PROBLEM | DSW | https://www.tiktok.com/@dsw/video/7210775225850531114 | 40.00% |
| 17 | Beyoncé | BREAK MY SOUL | DSW | https://www.instagram.com/reel/Cf2CzrDgdee/ | 65.00% |
| 18 | Beyoncé | Crazy In Love (feat. Jay-Z) | DSW | https://www.instagram.com/reel/Cbk_i96g0ed/ | 50.00% |
| 19 | Beyoncé | Crazy In Love (feat. Jay-Z) | Keds | https://www.tiktok.com/@keds/video/7104306535467126062 | 50.00% |
| 20 | Beyoncé | CUFF IT | Designer Brands | https://www.instagram.com/stories/highlights/18082019326323618/ | 26.00% |
| 21 | Beyoncé | Formation | DSW | https://www.instagram.com/reel/Cgo2p-FARhi/ | 25.00% |
| 22 | Beyoncé | Grown Woman | The Shoe Co | https://www.instagram.com/reel/Crip9U0gAON/ | 44.28% |
| 23 | Beyoncé | Love Drought | The Shoe Co | https://www.instagram.com/reel/DEikdrCyqIw/ | 100.00% |
| 24 | Beyoncé | MOVE (feat. Grace Jones & Tems) | DSW | https://www.tiktok.com/@dsw/video/7136233222718885163 | 25.00% |
| 25 | Beyoncé | Naughty Girl | DSW | https://www.instagram.com/reel/Cdf8VezgC6H | 17.00% |
| 26 | Beyoncé | Partition | DSW | https://www.instagram.com/reel/Ca4-0oeggse/ | 40.00% |
| 27 | Beyoncé | PURE/HONEY | DSW | https://www.instagram.com/reel/CocpZ2iA47h/ | 30.00% |
| 28 | Beyoncé | Yoncé - Homecoming Live | DSW | https://www.tiktok.com/@dsw/video/7242677891497004331 | 20.00% |

3

| | Artist | Song | Account | URL | SMP Control % |
|---|---|---|---|---|---|
| 29 | Beyoncé, Shakira | Beautiful Liar | DSW | https://www.tiktok.com/@dsw/video/7227103550197763370 | 25.00% |
| 30 | Black Eyed Peas | Just Can't Get Enough | The Shoe Co | https://www.instagram.com/reel/Cj-kRyjAHGt/ | 30.00% |
| 31 | Black Eyed Peas | Just Can't Get Enough | The Shoe Co | https://www.instagram.com/reel/Cy4KIAWrqiz/ | 30.00% |
| 32 | Bruno Mars | Talking to the Moon | DSW | https://www.tiktok.com/@dsw/video/7015587521492995334 | 6.00% |
| 33 | Bruno Mars, Anderson .Paak, Silk Sonic | After Last Night (with Thundercat & Bootsy Collins) | DSW | https://www.tiktok.com/@dsw/video/7205966222079462702 | 4.75% |
| 34 | Burna Boy | Last Last | DSW | https://www.tiktok.com/@dsw/video/7216377281193905454 | 56.40% |
| 35 | Cardi B | Up | DSW | https://www.tiktok.com/@dsw/video/6936250925820464389 | 40.76% |
| 36 | Charli xcx | Speed Drive (From Barbie The Album) | DSW | https://www.tiktok.com/@dsw/video/7259393931752770858 | 6.50% |
| 37 | Chris Brown | Under The Influence | The Shoe Co | https://www.instagram.com/reel/Ci2q_ECAKFt/ https://www.youtube.com/shorts/6zp_UTaoJiU | 54.00% |
| 38 | Ciara | Level Up | DSW | https://www.tiktok.com/@dsw/video/7148063625695989035 | 30.00% |
| 39 | Coldplay | A Sky Full of Stars | Topo | https://www.tiktok.com/@topoathletic/video/7214184599885221162 | 10.00% |
| 40 | Counting Stars | OneRepublic | The Shoe Co | https://www.instagram.com/reel/Ctg8mXzOW-f/ | 30.00% |
| 41 | David Bowie | Under Pressure – Live | DSW | https://www.instagram.com/reel/Clv-zrTAcC4/ | 50.00% |
| 42 | Destiny's Child | Bug a Boo | The Shoe Co | https://www.instagram.com/reel/CnNWPwgKfyB/ | 42.50% |
| 43 | Diana Ross | I'm Coming Out | The Shoe Co | https://www.instagram.com/reel/CwGId1dI3om/ | 50.00% |
| 44 | DJ Khaled | Wild Thoughts (feat. Rihanna & Bryson Tiller) | The Shoe Company | https://www.instagram.com/reel/ClPbpV8ALoB/ | 65.00% |
| 45 | DJ Snake, Justin Bieber | Let Me Love You | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7483207606148844855 | 3.50% |
| 46 | dkj | Aces | The Shoe Co | https://ca.pinterest.com/pin/392868767508455668/ https://www.instagram.com/reel/ClHQcqiAMZz/ https://www.tiktok.com/@the.shoe.co/video/7167710019931163909 https://www.youtube.com/shorts/B9a8y4m3gZA | 50.00% |
| 47 | Doja Cat | Agora Hills | Keds | https://www.tiktok.com/@keds/photo/7327385959081757983 | 47.50% |
| 48 | Doja Cat | Boss Bitch | The Shoe Company | https://www.instagram.com/reel/Chc-ABfg9GZ/ | 7.50% |
| 49 | Doja Cat | Kiss Me More (feat. SZA) | The Shoe Company | https://www.instagram.com/reel/CQbPQjpBvju/ | 5.00% |
| 50 | Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | DSW | https://www.instagram.com/reel/CgHrX3zACBW/ | 75.00% |
| 51 | Dove Cameron | Boyfriend | DSW | https://www.instagram.com/reel/CbC5uj-ABfj/ | 50.00% |
| 52 | Dr. Dre, Snoop Dogg | The Next Episode | Topo | https://www.tiktok.com/@topoathletic/video/7210822459896057134 | 40.00% |

4

|    | Artist | Song | Account | URL | SMP Control % |
|----|--------|------|---------|-----|---------------|
| 53 | Drake | Headlines | Topo | https://www.instagram.com/reel/CrbNX2YgnQi/ | 49.06% |
| 54 | Drake | Nice For What | Topo | https://www.instagram.com/reel/BjfqAxCAqhZ/ | 37.00% |
| 55 | Drake | Nonstop | DSW | https://www.instagram.com/reel/Cg69sTdA-D1/ | 4.00% |
| 56 | Drake | Nonstop | Topo | https://www.instagram.com/reel/ChsHORYAvlJ/ | 4.00% |
| 57 | Dua Lipa | Dance The Night (From Barbie The Album) | DSW | https://www.tiktok.com/@dsw/video/7267556441618222378 | 21.88% |
| 58 | Enur | Calabria 2008 (feat. Natasja) | The Shoe Co | https://www.instagram.com/reel/CxqEisyr1WM/ | 82.00% |
| 59 | Estelle, Kanye West | American Boy | The Shoe Co | https://www.instagram.com/reel/CZkqiZkpXzE/ | 25.00% |
| 60 | Faith Evans | Love Like This (Austin Millz Remix) [Mixed] | The Shoe Co | https://www.instagram.com/reel/ChkhQLFg4jq/ | 40.70% |
| 61 | Faith Evans | Love Like This (Austin Millz Remix) [Mixed] | The Shoe Co | https://www.instagram.com/reel/CoxaHlUgZH4/ | 40.70% |
| 62 | Fat Joe | What's Luv? (feat. Ja-Rule & Ashanti) | DSW | https://www.instagram.com/reel/CcA0rU_Ar2L/ | 20.00% |
| 63 | Fat Joe | What's Luv? (feat. Ja-Rule & Ashanti) | Keds | https://www.instagram.com/reel/CsmVS3mMPN0/ | 20.00% |
| 64 | French Montana | Unforgettable (feat. Swae Lee) | The Shoe Company | https://www.instagram.com/reel/Cc1fYgtP_iw/ | 12.90% |
| 65 | Ginuwine | Differences | The Shoe Co | https://www.instagram.com/reel/C2dkoVornHM/ | 50.00% |
| 66 | Girl On Couch, Billen Ted | Man In Finance (G6 Trust Fund) | Keds | https://www.tiktok.com/@keds/video/7379796419139456298 | 40.00% |
| 67 | Glenn Miller | Every Day's A Holiday | DSW | https://www.instagram.com/reel/DGVuxa_gvZq/ | 100.00% |
| 68 | I Know What You Want | Busta Rhymes | The Shoe Co | https://www.instagram.com/reel/DGTugr3SHdi/ | 50.00% |
| 69 | INTERWORLD | METAMORPHOSIS | Topo | https://www.youtube.com/shorts/RXICFESfVn0 | 70.00% |
| 70 | J. Cole | Work Out | DSW | https://www.tiktok.com/@dsw/video/7241935728668593451 | 32.00% |
| 71 | Jack Harlow | First Class | DSW | https://www.instagram.com/reel/CfJobY9ABIm/ | 36.67% |
| 72 | Jack Harlow | WHATS POPPIN | DSW | https://www.instagram.com/reel/ChM8sKiAoFD/ | 48.00% |
| 73 | Jain | Makeba | The Shoe Co | https://www.instagram.com/reel/CtXABbdLvij/ | 100.00% |
| 74 | Jain | Makeba | Topo | https://www.tiktok.com/@topoathletic/video/7254610292707970347 | 100.00% |
| 75 | James Taylor | Carolina in My Mind | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ | 100.00% |
| 76 | Jason Derulo | The Other Side | Topo | https://www.tiktok.com/@topoathletic/video/7239026891997367595 | 33.33% |
| 77 | Jason Derulo | Whatcha Say | DSW | https://www.instagram.com/reel/CnXDOuwIOoI/ | 35.00% |
| 78 | JAY-Z, Alicia Keys | Empire State of Mind | The Shoe Co | https://www.instagram.com/reel/Cv3CUv0A-tr/ | 52.50% |
| 79 | JAY-Z, Alicia Keys | Empire State of Mind | The Shoe Co | https://www.instagram.com/reel/DBE1BogSc3B/ | 52.50% |
| 80 | Jennifer Lopez | If You Had My Love | The Shoe Co | https://www.instagram.com/reel/CdLqcFwArl9/ | 95.00% |
| 81 | Joey Valence & Brae | OK | The Shoe Co | https://www.instagram.com/reel/DEYR1Oqylk-/ | 100.00% |
| 82 | Justin Timberlake | Mirrors | DSW | https://www.tiktok.com/@dsw/video/7256907537977543979 | 5.00% |

| | Artist | Song | Account | URL | SMP Control % |
|---|---|---|---|---|---|
| 83 | Kali Uchis | After The Storm (feat. Tyler, The Creator & Bootsy Collins) | The Shoe Co | https://www.instagram.com/reel/CwBNMjVIZ_n/ | 10.00% |
| 84 | Kali Uchis | telepatía | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/6940331508183977221 | 48.31% |
| 85 | Kaliii | Area Codes | DSW | https://www.tiktok.com/@dsw/video/7231928983833775406 | 50.00% |
| 86 | Kelly Clarkson | Underneath the Tree | The Shoe Co | https://www.instagram.com/reel/CmRlILLgbvF/ | 50.00% |
| 87 | Kelly Clarkson | Underneath the Tree | The Shoe Co | https://www.instagram.com/reel/CmUL0usAyYf/ | 50.00% |
| 88 | Kendrick Lamar | All The Stars (with SZA) | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7434501891695889720 | 20.75% |
| 89 | Kendrick Lamar | All The Stars (with SZA) | The Shoe Company | https://www.instagram.com/reel/Cl6VRwYAi0d/ | 20.75% |
| 90 | Kendrick Lamar | LOVE.FEAT.ZACARI. | The Shoe Co | https://www.instagram.com/reel/DF_bIJCOJck/ | 10.00% |
| 91 | Kendrick Lamar | luther (with sza) | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7478025876681035013 | 75.00% |
| 92 | Keyshia Cole (feat. Missy Elliott & Lil' Kim) | Let It Go | DSW | https://www.tiktok.com/@dsw/video/7263109199985495338 | 10.25% |
| 93 | Kiiara | Gold | The Shoe Company | https://www.pinterest.ca/pin/392868767508635956/ | 33.34% |
| 94 | Klingande | Jubel | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7475793228713774342 | 100.00% |
| 95 | Lady Gaga | Bloody Mary | DSW | https://www.instagram.com/reel/CnexyYjIPYq/ | 60.00% |
| 96 | Lady Gaga | Born This Way | DSW | https://www.tiktok.com/@dsw/video/7241568638510157098 | 64.33% |
| 97 | Leona Lewis | Better In Time | Topo | https://www.instagram.com/reel/C4IvWh3MEly/ | 50.00% |
| 98 | Lil Wayne | Lollipop (feat. Static Major) | DSW | https://www.tiktok.com/@dsw/video/7237108979321539882 | 33.67% |
| 99 | Lizzo | About Damn Time | DSW | https://www.instagram.com/reel/CdeLeQ6AEof/ | 28.89% |
| 100 | Lizzo | Boys | DSW | https://www.tiktok.com/@dsw/video/6905882497221987590 | 40.00% |
| 101 | Lizzo | Juice | DSW | https://www.tiktok.com/@dsw/video/6966594804218170629 | 25.00% |
| 102 | Lizzo | Rumors (feat. Cardi B) | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ | 40.00% |
| 103 | Lizzo | Special (feat. SZA) | DSW | https://www.tiktok.com/@dsw/video/7224149530202180907 | 16.00% |
| 104 | Lorde | Ribs | Topo | https://www.tiktok.com/@topoathletic/video/7195614653391785262 | 50.00% |
| 105 | Lucky Luke | Cooler Than Me | The Shoe Co | https://www.instagram.com/reel/Cf4AGhpghgE/ | 87.50% |
| 106 | Lykke Li | I Follow Rivers | The Shoe Co | https://www.instagram.com/reel/DHGeaYwOjQV/ | 66.67% |
| 107 | Lykke Li | I Follow Rivers (The Magician Remix) | The Shoe Company | https://www.instagram.com/reel/ClyvQ_tgz07/ | 66.67% |
| 108 | Mac Miller, Empire Of The Sun | The Spins | Topo | https://www.tiktok.com/@topoathletic/video/7239026891997367595 | 8.34% |
| 109 | Madonna | Hung Up | The Shoe Company | https://www.youtube.com/shorts/nqlG_25i928 | 12.50% |

| | Artist | Song | Account | URL | SMP Control % |
|---|---|---|---|---|---|
| 110 | Malcolm Todd | Chest Pain (I Love) | The Shoe Co | https://www.tiktok.com/@the.shoe.co/photo/7467286941927509254 | 75.00% |
| 111 | Måneskin | Beggin' | Topo | https://www.tiktok.com/@topoathletic/video/7171884473854807339 | 50.00% |
| 112 | Marc Broussard | Cry To Me | The Shoe Co | https://www.instagram.com/reel/CxLa5gtrQCQ/ | 33.34% |
| 113 | Marc Broussard | Cry To Me | The Shoe Co | https://www.instagram.com/reel/DEF8LM3ySBO/ | 33.34% |
| 114 | Marc Broussard | Cry To Me | The Shoe Co | https://www.instagram.com/reel/DFGl73ZS_N5/ | 33.34% |
| 115 | Mariah Carey | All I Want for Christmas Is You | DSW | https://www.tiktok.com/@dsw/video/7443818461874244907 | 30.00% |
| 116 | Mariah Carey | All I Want for Christmas Is You | The Shoe Co | https://www.instagram.com/reel/C0SRz6yO9qU/ | 30.00% |
| 117 | Mariah Carey | All I Want for Christmas Is You | The Shoe Co | https://www.instagram.com/reel/DDsYMShyeQQ/ | 30.00% |
| 118 | Mariah Carey | Always Be My Baby | The Shoe Co | https://www.instagram.com/reel/Cdn09b4ABhg/ | 40.00% |
| 119 | Mariah Carey | Heartbreaker (Remix) [feat. Missy Elliott & Da Brat] | Topo | https://www.instagram.com/reel/C7MWG4HMVfH/ https://www.tiktok.com/@topoathletic/video/737109 2889784438059 | 45.00% |
| 120 | Martin Garrix, Don Diablo, Khalid | Ocean (feat. Khalid) - Don Diablo Remix | The Shoe Co | https://www.instagram.com/reel/Cd_FwKXgWVc/ | 34.37% |
| 121 | Martin Garrix, Don Diablo, Khalid | Ocean (feat. Khalid) - Don Diablo Remix | The Shoe Co | https://www.instagram.com/reel/CsHRag1gjHS/ https://www.tiktok.com/@the.shoe.co/video/7233830317730123013 | 34.37% |
| 122 | Martin Solveig & Dragonette | Hello | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ | 82.50% |
| 123 | Martin Solveig & GTA | Intoxicated | DSW | https://www.instagram.com/reel/CgnGXaLAO9Q/ | 50.00% |
| 124 | Martin Solveig & GTA | Intoxicated | Keds | https://www.tiktok.com/@keds/video/7158482459544440110 | 50.00% |
| 125 | Metro Boomin | Trance (with Travis Scott & Young Thug) | DSW | https://www.tiktok.com/@dsw/video/7241251536146500910 | 47.50% |
| 126 | Miley Cyrus | Flowers | Topo | https://www.youtube.com/shorts/rp9bDz4pdI8 | 33.34% |
| 127 | Milky Chance | Naked And Alive | DSW | https://www.tiktok.com/@dsw/video/7427476445213084970 | 50.00% |
| 128 | Milky Chance | Naked And Alive | DSW | https://www.tiktok.com/@dsw/video/7414945451696295210 | 50.00% |
| 129 | Milky Chance | Naked And Alive | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7491315342753516805 | 50.00% |
| 130 | Milky Chance | Naked And Alive | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7501867059790253318 | 50.00% |
| 131 | Milky Chance | Naked And Alive | The Shoe Co | https://www.tiktok.com/@the.shoe.co/photo/7456832112063188229 | 50.00% |
| 132 | Milky Chance | Naked And Alive | The Shoe Co | https://www.tiktok.com/@the.shoe.co/photo/7464690236673641734 | 50.00% |
| 133 | Milky Chance | Passion | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7506968425164524856 | 66.67% |
| 134 | Milky Chance | Synchronize | DSW | https://www.tiktok.com/@dsw/photo/7431211326485302574 | 50.00% |
| 135 | Missy Elliott | Work It | DSW | https://www.instagram.com/reel/Ce62l6lgRTB/ | 25.00% |
| 136 | Morgan Wallen | Last Night | Topo | https://www.tiktok.com/@topoathletic/video/7210822459896057134 | 50.00% |

7

| | Artist | Song | Account | URL | SMP Control % |
|---|---|---|---|---|---|
| 137 | Morgan Wallen | Last Night | Topo | https://www.tiktok.com/@topoathletic/video/7214184599885221162 | 50.00% |
| 138 | Morten Harket | Can't Take My Eyes Off You | DSW | https://www.instagram.com/reel/Cclfz25gaxq/ | 50.00% |
| 139 | MOUNT WESTMORE | Big Subwoofer (feat. Snoop Dogg, Ice Cube, E-40 & Too $hort) | The Shoe Co | https://www.instagram.com/reel/Covg7YpPtat/ | 40.00% |
| 140 | Naïka | Sauce | The Shoe Co | https://www.instagram.com/reel/Cj-w8IpgKIy/ https://www.tiktok.com/@the.shoe.co/video/7158129947369012486 https://www.youtube.com/shorts/5-c3guMELOo | 50.00% |
| 141 | Natasha Bedingfield | Unwritten | The Shoe Co | https://www.instagram.com/reel/DBE1BogSc3B/ | 33.34% |
| 142 | Nelly | Dilemma (feat. Kelly Rowland) | DSW | https://www.tiktok.com/@dsw/video/7142924579382791470 | 5.00% |
| 143 | Nelly Furtado, Timbaland | Promiscuous | The Shoe Co | https://www.instagram.com/reel/Co5BvCTJSZO/ | 15.00% |
| 144 | Nicky Youre, dazy | Sunroof (feat. Thomas Rhett) | DSW | https://www.tiktok.com/@dsw/video/7129543296678087982 | 38.00% |
| 145 | Olivia Rodrigo | good 4 u | DSW | https://www.tiktok.com/@dsw/video/6986690345371258118 | 50.00% |
| 146 | OMA | Juicy | The Shoe Co | https://www.instagram.com/reel/CvkLpBJAfE-/ | 37.50% |
| 147 | Pitbull | Hotel Room Service | The Shoe Company | https://www.instagram.com/reel/CqxwAF0gKd8/ | 25.00% |
| 148 | Rema | Calm Down | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7 228229193660763398 | 10.00% |
| 149 | Rema | Calm Down (with Selena Gomez) | The Shoe Co | https://www.instagram.com/reel/CsorMeWALRu/ | 10.00% |
| 150 | Rema | Calm Down (with Selena Gomez) | The Shoe Co | https://www.instagram.com/reel/Csq-NV9pRu1/ | 10.00% |
| 151 | Rihanna | If It's Lovin' That You Want | The Shoe Co | https://www.instagram.com/reel/CtFBkSug5fa/ https://www.tiktok.com/@the.shoe.co/video/7243795512137207045 | 76.50% |
| 152 | Rihanna, JAY-Z | Umbrella | The Shoe Company | https://www.instagram.com/reel/CkgTEHLAKVP/ | 20.00% |
| 153 | Russ | 3:15 (Breathe) | DSW | https://www.tiktok.com/@dsw/video/7259760282447187242 | 33.33% |
| 154 | Santo & Johnny | And I Love Her | Topo | https://www.instagram.com/reel/CzJlECVOclE/ | 50.00% |
| 155 | Santo & Johnny | And I Love Her | Topo | https://www.instagram.com/reel/C1XFmm2sC0P/ | 50.00% |
| 156 | Saweetie | My Type | DSW | https://www.instagram.com/reel/Cg99kJLggfx/ | 17.50% |
| 157 | Sia | Snowman | The Shoe Co | https://www.instagram.com/reel/DDvTwnPu0C6/ | 50.00% |
| 158 | Soulja Boy | Pretty Boy Swag | DSW | https://www.tiktok.com/@dsw/video/7156316023803743531 | 18.75% |
| 159 | Soulja Boy | Pretty Boy Swag | Topo | https://www.tiktok.com/@topoathletic/video/7164787849978449194 | 18.75% |
| 160 | Spicy Boiz | Sleigh Bell Smack! | The Shoe Co | https://www.instagram.com/reel/CmEkFbtgmbh/ | 50.00% |
| 161 | Stephen Sanchez | Until I Found You (Em Beihold Version) | Topo | https://www.tiktok.com/@topoathletic/video/7199721750735752491 | 20.00% |
| 162 | SZA | Blind | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7220778209019694342 | 12.50% |

|  | Artist | Song | Account | URL | SMP Control % |
|---|---|---|---|---|---|
| 163 | SZA | Kill Bill | DSW | https://www.tiktok.com/@dsw/video/7200070036185156906 | 25.00% |
| 164 | SZA | Kill Bill | Keds | https://www.tiktok.com/@keds/video/7194567614470065454 | 25.00% |
| 165 | SZA | Snooze | DSW | https://www.tiktok.com/@dsw/video/7199661900639063342 | 13.34% |
| 166 | Taylor Swift | Anti-Hero | The Shoe Co | https://www.instagram.com/reel/CkbmDcYANz4/ https://www.tiktok.com/@the.shoe.co/video/7161147941539892485 | 50.00% |
| 167 | Taylor Swift | Bejeweled | The Shoe Co | https://www.instagram.com/reel/CnPk5O_KkBj/ | 50.00% |
| 168 | Taylor Swift | Cruel Summer | The Shoe Co | https://www.instagram.com/reel/DCP-mamORa3/ | 40.00% |
| 169 | Taylor Swift | the 1 | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7436038619199966520 | 50.00% |
| 170 | Taylor Swift | willow | The Shoe Co | https://www.instagram.com/reel/CpxmDfKrE_l/ | 50.00% |
| 171 | The Jackson 5 | I Want You Back | The Shoe Co | https://www.instagram.com/reel/CrI_3QAgQKN/ | 100.00% |
| 172 | The Notorious B.I.G. | Big Poppa | The Shoe Co | https://www.instagram.com/reel/CdJf8wTA6Sk/ | 100.00% |
| 173 | The Notorious B.I.G. | Big Poppa | The Shoe Co | https://www.instagram.com/reel/C1cjyV_rIN1/ | 100.00% |
| 174 | The Platters | Only You (And You Alone) | The Shoe Co | https://www.instagram.com/reel/CdOGomygX-F/ | 100.00% |
| 175 | The Platters | Only You (And You Alone) | The Shoe Co | https://www.instagram.com/reel/CoQFUIzAY0Y/ | 100.00% |
| 176 | The Ronettes | Sleigh Ride | DSW | https://www.instagram.com/reel/C0UJr0TAj40/ | 50.00% |
| 177 | The Ronettes | Sleigh Ride | The Shoe Co | https://www.instagram.com/reel/DDhatEgu5CC/ | 50.00% |
| 178 | The Weeknd | After Hours | DSW | https://www.tiktok.com/@dsw/video/7223012762530729258 | 35.00% |
| 179 | The Weeknd | After Hours | Topo | https://www.tiktok.com/@topoathletic/video/7270521214030990634 | 35.00% |
| 180 | The Weeknd | Out of Time | The Shoe Company | https://www.instagram.com/reel/C2RJ39auzi0/ | 50.00% |
| 181 | The Weeknd | Popular (with Playboi Carti & Madonna) | DSW | https://www.tiktok.com/@dsw/video/7265702489310121259 | 16.50% |
| 182 | The Weeknd | The Hills | DSW | https://www.tiktok.com/@dsw/video/7212999504230944043 | 12.50% |
| 183 | Timbaland, Justin Timberlake, Nelly Furtado | Give It to Me | The Shoe Co | https://www.instagram.com/reel/CzJjkYngq19/ | 25.00% |
| 184 | Tinashe | Nasty | DSW | https://www.tiktok.com/@dsw/video/7385919640674798890 | 47.00% |
| 185 | Tinashe | Nasty | DSW | https://www.tiktok.com/@dsw/video/7379199765831093550 | 47.00% |
| 186 | Tinashe | Nasty | DSW | https://www.tiktok.com/@dsw/video/7381513804129013035 | 47.00% |
| 187 | Tommy Richman | MILLION DOLLAR BABY (VHS) | Keds | https://www.tiktok.com/@keds/video/7372286149894606123 | 92.00% |
| 188 | Tommy Richman | MILLION DOLLAR BABY (VHS) | Keds | https://www.tiktok.com/@keds/photo/7366004003404090666 | 92.00% |
| 189 | Tommy Richman | MILLION DOLLAR BABY (VHS) | Keds | https://www.tiktok.com/@keds/photo/7372955190271528234 | 92.00% |
| 190 | Tommy Richman | MILLION DOLLAR BABY (VHS) | Keds | https://www.tiktok.com/@keds/photo/7374207627930225962 | 92.00% |

| | Artist | Song | Account | URL | SMP Control % |
|---|---|---|---|---|---|
| 191 | Toploader | Dancing in the Moonlight | The Shoe Co | https://www.instagram.com/reel/ChIW7U0AI3H/ | 100.00% |
| 192 | Toploader | Dancing in the Moonlight | The Shoe Co | https://www.instagram.com/reel/Cu-Cb45AfKi/ | 100.00% |
| 193 | Tove Lo | Habits | DSW | https://www.tiktok.com/@dsw/video/7078287479266299182 | 10.00% |
| 194 | Tranceparence | Sadeness | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7432683582331702534 | 100.00% |
| 195 | Tyler, The Creator | Lone | Topo | https://www.instagram.com/reel/DA8eeAjvhIx/ | 50.00% |
| 196 | Usher | Burn - Radio Mix | DSW | https://www.tiktok.com/@dsw/video/6918360953511890182 | 65.00% |
| 197 | Usher | U Don't Have to Call | DSW | https://www.tiktok.com/@dsw/video/7216377281193905454 | 65.00% |
| 198 | Wolffman, Phat Baker | Never Too Much | The Shoe Co | https://www.instagram.com/reel/CsTtu-uAFg_/ | 100.00% |
| 199 | Woodkid | Run Boy Run | Topo | https://www.tiktok.com/@topoathletic/video/7168902414794329390 | 4.00% |
| 200 | Xmas Orchestra | Sleigh Ride | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7450152231409634566 | 50.00% |
| 201 | фрози & joyful | bounce (i just wanna dance) | DSW | https://www.tiktok.com/@dsw/video/7415668990413999403 | 50.00% |
| 202 | фрози & joyful | bounce (i just wanna dance) | DSW | https://www.tiktok.com/@dsw/video/7390741130670918954 | 50.00% |
| 203 | фрози & joyful | bounce (i just wanna dance) | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7423775805139913990 | 50.00% |
| 204 | фрози & joyful | bounce (i just wanna dance) | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7471017453699566854 | 50.00% |
| 205 | фрози & joyful | bounce (i just wanna dance) | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7485401862796086583 | 50.00% |
| 206 | фрози & joyful | bounce (i just wanna dance) | The Shoe Co | https://www.tiktok.com/@the.shoe.co/video/7503598305180486967 | 50.00% |
| 207 | фрози & joyful | bounce (i just wanna dance) | Topo | https://www.tiktok.com/@topoathletic/video/7340298540553358622 | 50.00% |