# EXHIBIT 2



**UNIVERSAL MUSIC GROUP**

May 2, 2025

**VIA UPS**

Designer Brands Inc.
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, OH 43215

Designer Brands Inc.
Attn: General Counsel
810 DSW Drive
Columbus, OH 43219

Re:   DOCUMENT PRESERVATION NOTICE / Designer Brands Inc. et al.

Dear Sir or Madam:

I write on behalf of UMG Recordings, Inc. and its affiliated record labels ("UMG"), and the entities that comprise the Universal Music Publishing Group ("UMPG" and together with UMG, "Universal") regarding a significant legal matter.

It has come to Universal's attention that Designer Brands Inc. and its subsidiaries and affiliates, including but not limited to DSW Shoe Warehouse, Inc. and Topo Athletic LLC, (collectively, "DSW") have engaged in various marketing campaigns and activities on social media platforms, such as Instagram and TikTok, through which DSW publishes and distributes audiovisual content to advertise and promote its goods, products, and brands (the "DSW Videos").

As you are already aware, the DSW Videos allegedly incorporate hundreds of copyrighted sound recordings owned and/or controlled by the Warner Music Group without authorization. Many, if not all, of those sound recordings embody musical compositions owned and/or controlled in whole or in part by UMPG.

Universal has been made further aware of numerous other instances in which the DSW Videos, without authorization, incorporate copyrighted sound recordings owned and/or controlled by UMG and musical compositions owned and/or controlled by UMPG.

Universal hereby demands that DSW and its employees and agents immediately take steps to preserve all documents and other information, including but not limited to emails, text messages, and other electronically stored information, relating to DSW's use of music in the DSW Videos.

DOCUMENT PRESERVATION NOTICE
Designer Brands Inc. et al.
Page 2

Nothing contained in or omitted from this letter shall prejudice any rights of Universal or any remedies available to it; neither will anything contained in or omitted from this letter constitute a waiver of any claim, right, remedy or assertion which may be available to Universal, all of which are expressly reserved.

Please contact me by no later than **May 9, 2025**, to confirm your compliance with this directive. I may be reached at Jessica.Stiefler@umusic.com or 310-865-5767.

Best regards,

*[signature]*

Jessica Stiefler
Senior Director, Business & Legal Affairs
Universal Music Group



UNIVERSAL

UNIVERSAL MUSIC GROUP



LOS ANGELES CA 900
5 MAY 2025 PM 8

quadient
FIRST-CLASS MAIL
IMI
$000.69
05/05/2025 ZIP 90404
043M31241374
US POSTAGE

Designer Brands Inc.
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, OH 43215

43215-105200