**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **DESIGNER BRANDS INC., DSW SHOE WAREHOUSE, INC., AND TOPO ATHLETIC LLC,** | |
| *Plaintiffs*, | **Case No. 2:25-cv-00765-MHW-EPD** |
| **v.** | **Judge Michael H. Watson** |
| **SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, UMG RECORDINGS, INC., UNIVERSAL MUSIC PUBLISHING, INC., BMG RIGHTS MANAGEMENT (US) LLC,** | **Magistrate Elizabeth A. Preston Deavers** |
| *Defendants*. | |

**STIPULATED EXTENSION OF TIME FOR DEFENDANT SONY MUSIC
ENTERTAINMENT TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE
TO PLAINTIFF'S COMPLAINT**

Pursuant to Southern District of Ohio Local Rule 6.1, Plaintiffs and Defendant Sony Music Entertainment ("SME") hereby stipulate to a 21-day extension of time for SME to answer, move, or otherwise plead in response to the Complaint, through and including September 19, 2025. SME's response to Plaintiffs' Complaint is presently due on August 29, 2025, and therefore the deadline has not yet passed. Further, there have been no prior stipulations or motions for an extension.

Date: August 28, 2025                                      Respectfully submitted,


/s/David M. DeVillers_____                    /s/ Shawn J. Organ  (email auth. 8.28.25)
David M. DeVillers (0059456)                     Shawn J. Organ, Esq. (0042052)
*Trial Attorney*                                *Trial Attorney*
Kristopher J. Armstrong (0077799)               Connor A. Organ, Esq. (0097995)
Barnes & Thornburg LLP                          ORGAN LAW LLP
41 S. High Street, Suite 3300                   1330 Dublin Road
Columbus, Ohio 43215                            Columbus, OH 43215
Tel: (614) 628-0096                             P: 614-481-0900
Fax: (614) 628-1433                             F: 614-481-0904
ddevillers@btlaw.com                            sjorgan@organlegal.com
kristopher.argmstrong@btlaw.com                 corgan@organlegal.com


Jeff M. Barron (*pro hac vice*)
11 S. Meridian St. Indianapolis, IN 46204       *Attorneys for Defendant SME*
Tel: (317) 231-7735
Fax: (317) 231-7433
jeff.barron@btlaw.com


Will Craver (*pro hac vice*)
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3880
Fax: (310) 284-3894
will.craver@btlaw.com


*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 28, 2025, a true and accurate copy of the foregoing stipulation was filed via the Court's ECF system and will be served on any party that has appeared via that system.

/s/ *David M. DeVillers*
*One of the attorneys for*
*Plaintiffs*