**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **DESIGNER BRANDS INC., DSW SHOE WAREHOUSE, INC., AND TOPO ATHLETIC LLC,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, UMG RECORDINGS, INC., UNIVERSAL MUSIC PUBLISHING, INC., BMG RIGHTS MANAGEMENT (US) LLC,**<br><br>*Defendants*. | **Case No. 2:25-cv-00765-MHW-EPD Judge Michael H. Watson**<br><br>**Magistrate Elizabeth A. Preston Deavers** |

## STIPULATED EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT

Pursuant to Southern District of Ohio Local Rule 6.1, Plaintiffs and Defendants Sony Music Publishing (US) LLC, Universal Music Publishing Inc., UMG Recordings, Inc., and BMG Rights Management (US) LLC (collectively, the "Defendants") hereby stipulate to a 21-day extension of time for Defendants to answer, move, or otherwise plead in response to the Complaint, through and including November 4, 2025. Defendants' response to Plaintiffs' Complaint is presently due on October 14, 2025, and therefore the deadline has not yet passed. Further, there have been no prior stipulations or motions for an extension.

Respectfully submitted,

/s/David M. DeVillers_____  
**David M. DeVillers (0059456) \*Trial Attorney**  
**Kristopher J. Armstrong (0077799)**  
Barnes & Thornburg LLP  
41 S. High Street, Suite 3300  
Columbus, Ohio 43215  
Tel: (614) 628-0096  
Fax: (614) 628-1433  
ddevillers@btlaw.com  
kristopher.argmstrong@btlaw.com  

**Jeff M. Barron (pro hac vice)**  
11 S. Meridian St. Indianapolis, IN 46204  
Tel: (317) 231-7735  
Fax: (317) 231-7433  
jeff.barron@btlaw.com  

**Will Craver (pro hac vice)**  
2029 Century Park East, Suite 300  
Los Angeles, CA 90067  
Tel: (310) 284-3880  
Fax: (310) 284-3894  
will.craver@btlaw.com  

*Counsel for Plaintiffs*

/s/ Kevin T. Shook_____  
**Kevin T. Shook (0073718)**  
**Aaron Brogdon (0081858)**  
**Amy Mildebrath (0104565)**  
FROST BROWN TODD LLP  
10 West Broad Street, Suite 2300  
Columbus, Ohio 43215  
Phone:  (614) 464-1211  
Facsimile:  (614) 464-1737  
kshook@fbtlaw.com  
abrogdon@fbtlaw.com  
amildebrath@fbtlaw.com  

*Counsel for Defendants Sony Music Publishing (US) LLC, Universal Music Publishing Inc., UMG Recordings, Inc., and BMG Rights Management (US) LLC*

**CERTIFICATE OF SERVICE**

On this 8th day of October 2025, a true and accurate copy of the foregoing was filed with the Court and served via ECF on all counsel of record.

*/s/ Kevin T. Shook*
Kevin T. Shook (0073718)
*Counsel for Defendants Sony Music Publishing (US) LLC, Universal Music Publishing Inc., UMG Recordings, Inc., and BMG Rights Management (US) LLC*

0131397.0809183   4909-9828-5935v1
10/8/2025