UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Designer Brands Inc.**, *et al.*,

    Plaintiffs,

    v.

**Sony Music Entertainment**, *et al.*,

    Defendants.

Case No. 2:25-cv-765

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiffs filed an Amended Complaint, ECF No. 37, on November 10, 2025.  Accordingly, the pending motion to dismiss and stay discovery filed by Defendant Sony Music Entertainment, ECF No. 28, is **DENIED AS MOOT**.

The Clerk shall terminate ECF No. 28 as a pending motion.

**IT IS SO ORDERED.**

                                                             _s/Michael H. Watson_
                                               **MICHAEL H. WATSON, JUDGE**
                                               **UNITED STATES DISTRICT COURT**